IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RONALD EARLE RUSHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-013 |
| | ) | |
| DEPUTY WARDEN McGREW; | ) | |
| DEPUTY WARDEN EDDY; | ) | |
| DEPUTY WARDEN SHELTON; | ) | |
| CHIEF POLK; | ) | |
| DEPUTY WARDEN ROBINSON; | ) | |
| DEPUTY WARDEN TREBLE; and | ) | |
| DEPUTY WARDEN SPANN, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 14th day of March, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA